AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____DISTRICT OF__NEVADA_____

JOHN STEVEN OLAUSEN,

            Plaintiff,

V.

GARY HATLESTAD,

          Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:10-CV-00049-RCJ-RAM**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

   _October 22, 2010_                          **LANCE S. WILSON**
                                           Clerk

                                  _/s/ D. R. Morgan___
                                      Deputy Clerk